**UNITED STATES BANKRUPTCY COURT**
SOUTHERN **DISTRICT OF** FLORIDA
MIAMI **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| J.A.R. Pharmacy & Discount Corp | § | Case No. 13-11634 |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Jacqueline Calderin, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 7,080.00<br>*(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 0.00 | Claims Discharged<br>Without Payment:  NA |
| Total Expenses of Administration:  57,443.67 | |

3) Total gross receipts of $ 57,443.67  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 57,443.67  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 83,907.12 | 83,907.12 | 57,443.67 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 200.00 | 200.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 88,137.95 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 88,137.95 | $ 84,107.12 | $ 84,107.12 | $ 57,443.67 |

4)  This case was originally filed under chapter 7 on  01/25/2013 .  The case was pending for 57 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/09/2017                          By:/s/Jacqueline Calderin, Trustee

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Adv. Proceeding 15-01044-AJC - Calderin v. Proficient Nurse | 1249-000 | 10,000.00 |
| Adv. Proceeding 15-01058-AJC - Calderin v. Anda, Inc. | 1249-000 | 22,443.67 |
| Adv. Proceeding 15-01061-AJC - Calderin v. MAM Health Enterp | 1249-000 | 25,000.00 |
| TOTAL GROSS RECEIPTS | | $ 57,443.67 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Jacqueline Calderin | 2100-000 | NA | 4,058.47 | 4,058.47 | 4,058.47 |
| Jacqueline Calderin | 2200-000 | NA | 204.39 | 204.39 | 135.49 |
| Union Bank | 2600-000 | NA | 1,342.45 | 1,342.45 | 1,342.45 |
| U.S. Bankruptcy Court | 2700-000 | NA | 6,650.00 | 6,650.00 | 4,408.38 |
| James B Miller | 3210-000 | NA | 64,898.75 | 64,898.75 | 43,022.20 |
| James B Miller | 3220-000 | NA | 2,756.17 | 2,756.17 | 1,827.10 |
| KapilaMukamal | 3410-000 | NA | 3,843.80 | 3,843.80 | 2,548.09 |
| KapilaMukamal | 3420-000 | NA | 153.09 | 153.09 | 101.49 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 83,907.12 | $ 83,907.12 | $ 57,443.67 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Department Of The Treasury | 5800-000 | NA | 200.00 | 200.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ 200.00 | $ 200.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Abacus RX Inc. 8000 SW 117 Ave PH G Miami, FL  33183 | | 1.00 | NA | NA | 0.00 |
| | Anda 2915 Weston Rd Weston, FL  33331 | | 6,504.83 | NA | NA | 0.00 |
| | AR Security Systems Corp P.O. Box 830481 Miami, FL 33283 | | 80.25 | NA | NA | 0.00 |
| | Catalyst RX PO Box 4340 Deerfield, IL  60015 | | 16,565.82 | NA | NA | 0.00 |
| | Comcast 500 Enterprise Rd Horsham, PA  19044 | | 0.00 | NA | NA | 0.00 |
| | Comcast PO Box 530098 Atlanta, GA  30353-0098 | | 1,249.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cvs Caremark 1 CVS Dr Woonsocket, RI  02895 | | 27,468.61 | NA | NA | 0.00 |
| | Department Of The Treasury PO Box 21126 Philadelphia, PA  19114-0326 | | 0.00 | NA | NA | 0.00 |
| | Equifax PO Box 740241 Atlanta, GA  30374-0241 | | 0.00 | NA | NA | 0.00 |
| | Experian PO Box 2002 Allen, TX  75013-2002 | | 0.00 | NA | NA | 0.00 |
| | Florida Department Of Revenue PO Box 6668 Tallahassee, FL  32314-6668 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service PO Box 21126 Philadelphia, PA 19114-0326 | | 0.00 | NA | NA | 0.00 |
| | OptumRx Mailstop CA016-0302 17900 Von Karman Ste 125 Irvine, CA  92614 | | 33,497.81 | NA | NA | 0.00 |
| | Rx Claims, Inc 8000 SW 117th Ave PH-G Miami, FL 33183 | | 29.38 | NA | NA | 0.00 |
| | Transunion PO Box 1000 Chester, PA  19022-2001 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Xerox Corporation 45 Glover Ave Norwalk, CT  06856-4505 | | 2,741.25 | NA | NA | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 88,137.95 | $ 0.00 | $ 0.00 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 13-11634        AJC | Trustee Name: | Jacqueline Calderin, Trustee |
| Case Name: | J.A.R. Pharmacy & Discount Corp | Date Filed (f) or Converted (c): | 01/25/2013 (f) |
| | | 341(a) Meeting Date: | 03/11/2013 |
| For Period Ending: | 10/09/2017 | Claims Bar Date: | 05/28/2013 |

Judge:    A. Jay Cristol

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Wells Fargo Checking Acct #7845 Account Was Opened 12/10/201 | 80.00 | 0.00 | | 0.00 | FA |
| 2. Rent Security Deposit In Possession Of Landlord: Rg Property | 1,400.00 | 0.00 | | 0.00 | FA |
| 3. Accounts Receivable: None | 0.00 | 0.00 | | 0.00 | FA |
| 4. Automobile: None | 0.00 | 0.00 | | 0.00 | FA |
| 5. Office Equipment: 3 Counters 1 Desk 2 Shelves Located At: St | 600.00 | 0.00 | OA | 0.00 | FA |
| 6. Inventory 2 Boxes Of Medicine Located At: Storage Mart 4920 | 5,000.00 | 0.00 | OA | 0.00 | FA |
| 7. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 8. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 9. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 10. Adv. Proceeding 15-01034-AJC - Calderin v. Leinad Profession (u) | 0.00 | 198,328.50 | OA | 0.00 | FA |
| 11. Adv. Proceeding 15-01035-AJC - Calderin v. Cobos (u) | 0.00 | 125,147.98 | OA | 0.00 | FA |
| 12. Adv. Proceeding 15-01036-AJC - Calderin v. South Green Group (u) | 0.00 | 33,715.00 | OA | 0.00 | FA |
| 13. Adv. Proceeding 15-01037-AJC - Calderin v. Ramierz [ (u) | 0.00 | 44,327.50 | OA | 0.00 | FA |
| 14. Adv. Proceeding 15-01039-AJC - Calderin v. Cobos  (u) | 0.00 | 47,124.99 | | 0.00 | FA |
| 15. Adv. Proceeding 15-01040-AJC - Calderin v. Alvarez (u) | 0.00 | 10,320.00 | | 0.00 | FA |
| 16. Adv. Proceeding 15-01042-AJC - Calderin v. Palacio Herrera (u) | 0.00 | 32,123.00 | OA | 0.00 | FA |
| 17. Adv. Proceeding 15-01043-AJC - Calderin v. Martinez (u) | 0.00 | 18,931.74 | OA | 0.00 | FA |
| 18. Adv. Proceeding 15-01044-AJC - Calderin v. Proficient Nurse (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 19. Adv. Proceeding 15-01045-AJC - Calderin v. Prohealth Staffin (u) | 0.00 | 9,900.00 | | 0.00 | FA |
| 20. Adv. Proceeding 15-01046-AJC - Calderin v. American Healthca (u) | 0.00 | 73,275.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | |
|---|---|
| Case No: | 13-11634                AJC |
| Case Name: | J.A.R. Pharmacy & Discount Corp |
| For Period Ending: | 10/09/2017 |

| | |
|---|---|
| Judge: | A. Jay Cristol |

| | |
|---|---|
| Trustee Name: | Jacqueline Calderin, Trustee |
| Date Filed (f) or Converted (c): | 01/25/2013 (f) |
| 341(a) Meeting Date: | 03/11/2013 |
| Claims Bar Date: | 05/28/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21.  Adv. Proceeding 15-01047-AJC - Calderin v. Barrios  (u) | 0.00 | 12,631.00 | OA | 0.00 | FA |
| 22.  Adv. Proceeding 15-01048-AJC - Calderin v. Barrios (u) | 0.00 | 15,750.00 | OA | 0.00 | FA |
| 23.  Adv. Proceeding 15-01049-AJC - Calderin v. Barrios (u) | 0.00 | 399,112.16 | | 0.00 | FA |
| 24.  Adv. Proceeding 15-01058-AJC - Calderin v. Anda, Inc. (u) | 0.00 | 22,443.67 | | 22,443.67 | FA |
| 25.  Adv. Proceeding 15-01059-AJC - Calderin v. Dixie Motors G Co (u) | 0.00 | 6,000.00 | OA | 0.00 | FA |
| 26.  Adv. Proceeding 15-01060-AJC - Calderin v. Vertical Source P (u) | 0.00 | 7,041.42 | OA | 0.00 | FA |
| 27.  Adv. Proceeding 15-01061-AJC - Calderin v. MAM Health Enterp (u) | 0.00 | 97,097.78 | | 25,000.00 | FA |
| 28.  Adv. Proceeding 15-01066-AJC - Calderin v. Regina Marketing  (u) | 0.00 | 7,758.00 | OA | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $7,080.00 | $1,171,027.74 | $57,443.67 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

all assets administered; final tax return prepared; awaiting final fee apps from Kapila and Jim Miller;

RE PROP #        5    --   Per Notice of Abandonment [ECF #15] (7.31.13)
RE PROP #        6    --   Per Notice of Abandonment [ECF #15] (7.31.13)

Exhibit 8



RE PROP #    10    --    Adv. Proceeding 15-01034-AJC - Calderin v. Leinad Professional Services, Inc. [ECF #22] (1.19.15)

Final Judgement [ECF #15] (3.11.15)

Notice of Abandonment [ECF #76] (12.15.16)

RE PROP #    11    --    Adv. Proceeding 15-01035-AJC - Calderin v. Cobos [ECF #23] (1.19.15)

Final Judgement [ECF #10] (3.10.15)

Notice of Abandonment [ECF #76] (12.15.16)

RE PROP #    12    --    Adv. Proceeding 15-01036-AJC - Calderin v. South Green Group, Inc. [ECF # 24] (1.19.15)

Final Judgement [ECF #21] (3/11/15)

Notice of Abandonment [ECF #76] (12.15.16)

RE PROP #    13    --    Adv. Proceeding 15-01037-AJC - Calderin v. Ramierz [ECF #25  ] (1.19.15)

Final Judgement [ECF #11] (3.10.15)

Notice of Abandonment [ECF #76] (12.15.16)

RE PROP #    14    --    Adv. Proceeding 15-01039-AJC - Calderin v. Cobos [ECF #26] (1.19.15)

Order Dismissing Adersary [ECF #64] (8.16.16)

RE PROP #    15    --    Adv. Proceeding 15-01040-AJC - Calderin v. Alvarez [ECF #27] (1.19.15)
Complaint Dismissed [ECF #11] (6.12.15)

RE PROP #    16    --    Adv. Proceeding 15-01042-AJC - Calderin v. Palacio Herrera [ECF #28]  (1.19.15)

Final Judgement [ECF #9] (4.15.15)

Notice of Abandonment [ECF #76] (12.15.16)

RE PROP #    17    --    Adv. Proceeding 15-01043-AJC - Calderin v. Martinez [ECF #29]  (1.19.15)

Final Judgement [ECF #11] (4.15.15)

Notice of Abandonment [ECF #76] (12.15.16)

RE PROP #    18    --    Adv. Proceeding 15-01044-AJC - Calderin v. Proficient Nurse Service, Inc. [ECF #30] (1.19.15)
Complaint Dismissed [ECF #42] (3.12.15)

Order Granting Motion to Compromise [ECF #73] (9.20.16)

RE PROP #    19    --    Adv. Proceeding 15-01045-AJC - Calderin v. Prohealth Staffing, Inc. [ECF # 31] (1.19.15)
Order Dismissing Adversary [ECF #21] (6.19.15)

Complaint Dismissed [ECF #60] (6.19.15)

Exhibit 8

RE PROP #        20    --    Adv. Proceeding 15-01046-AJC - Calderin v. American Healthcare Consulting Services,
                               Inc. [ECF # 32]  (1.19.15)

                               Case Dismissed [ECF #39] (12.15.15)

RE PROP #        21    --    Adv. Proceeding 15-01047-AJC - Calderin v. Barrios [ECF #33]  (1.19.15)

                               Final Judgement [ECF #11] (3.11.15)

                               Notice of Abandonment [ECF #76] (12.15.16)

RE PROP #        22    --    Adv. Proceeding 15-01048-AJC - Calderin v. Barrios [ECF #34]  (1.19.15)

                               Final Judgement [ECF #11] (3.10.15)

                               Notice of Abandonment [ECF #76] (12.15.16)

RE PROP #        23    --    Adv. Proceeding 15-01049-AJC - Calderin v. Barrios [ECF #35]  (1.19.15)
                               Order Dismissing Adversary Proceeding [ECF #9] (4.26.15)

                               Complaint Dismissed [ECF #57] (4.24.15)

RE PROP #        24    --    Adv. Proceeding 15-01058-AJC - Calderin v. Anda, Inc. [ECF #36]  (1.21.15)
                               Final Judgement [ECF #14] (3.10.15)

RE PROP #        25    --    Adv. Proceeding 15-01059-AJC - Calderin v. Dixie Motors G Corp. [ECF #37]  (1.21.15)

                               Final Judgement [ECF #14] (3.10.15)

                               Notice of Abandonment [ECF #76] (12.15.16)

RE PROP #        26    --    Adv. Proceeding 15-01060-AJC - Calderin v. Vertical Source Pharma Inc. [ECF #38]
                               (1.21.15)


                               Final Judgement [ECF #12] (4.9.15)

                               Notice of Abandonment [ECF #76] (12.15.16)

RE PROP #        27    --    Adv. Proceeding 15-01061-AJC - Calderin v. MAM Health Enterprises, Inc. et al [ECF
                               #39]  (1.21.15)

                               Order Granting Motion to Compromise [ECF #73] (9.20.16)

RE PROP #        28    --    Adv. Proceeding 15-01066-AJC - Calderin v. Regina Marketing Inc. [ECF #40]  (1.27.15)

                               Final Judgement [ECF #13] (3.10.15)

                               Notice of Abandonment [ECF #76] (12.15.16)

Initial Projected Date of Final Report (TFR): 12/31/2014          Current Projected Date of Final Report (TFR): 02/15/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-11634

Case Name: J.A.R. Pharmacy & Discount Corp

Trustee Name: Jacqueline Calderin, Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX9099

Checking

Blanket Bond (per case limit): $123,797,500.00

Separate Bond (if applicable):

Taxpayer ID No: XX-XXX0872

For Period Ending: 10/09/2017

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/06/15 | 18 | Regions Cashiers's Check (Yuneisy I Ruiz) | Adversary Proceeding Proficient Nurse [ECF #30] Order dismissing case based upon settlement between parties [ECF #6] (3.6.15)<br><br>Order Granting Motion to Compromise [ECF #73] (9.20.16) | 1249-000 | $10,000.00 | | $10,000.00 |
| 04/13/15 | 24 | Actavis PO Box 268570 Weston, FL 33326 | Setlement Funds Adversary Case - 15-01058 Calderin v Anda Inc. [ECF #36] (1.21.15)<br><br>Final Judgement [ECF #14] (3.10.15) | 1249-000 | $22,443.67 | | $32,443.67 |
| 04/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $32,428.67 |
| 05/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.67 | $32,396.00 |
| 06/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.19 | $32,347.81 |
| 07/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.58 | $32,301.23 |
| 08/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.07 | $32,253.16 |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.99 | $32,205.17 |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.38 | $32,158.79 |

Page Subtotals: $32,443.67    $284.88

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-11634

Case Name: J.A.R. Pharmacy & Discount Corp

Trustee Name: Jacqueline Calderin, Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX9099

Checking

Taxpayer ID No: XX-XXX0872

For Period Ending: 10/09/2017

Blanket Bond (per case limit): $123,797,500.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/30/15 | 27 | Rogelio Hernandez 6961 SW 152 ST Palmetto Bay, FL 33157 | Adversary Complaint Fee Adv. Proceeding 15-01061-AJC - Calderin v. Rogelio Hernandez [ECF #39] (1.21.15)<br><br>Order Granting Motion to Compromise [ECF #73] (9.20.16) | 1249-000 | $5,500.00 | | $37,658.79 |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.85 | $37,610.94 |
| 12/03/15 | 27 | Rogelio Hernandez 6961 SW 152 St Palmetto Bay, FL 33157 | Adversar Adv. Proceeding 15-01061-AJC - Calderin v. Rogelio Hernandez [ECF #39] (1.21.15)<br><br>Order Granting Motion to Compromise [ECF #73] (9.20.16) | 1249-000 | $1,500.00 | | $39,110.94 |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $53.89 | $39,057.05 |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $57.90 | $38,999.15 |
| 01/26/16 | 27 | Rogelio Hernandez 6961 SW 152 St Palmetto Bay, FL 33157 | Adversary Proceeding Adv. Proceeding 15-01061-AJC - Calderin v. Rogelio Hernandez [ECF #39] (1.21.15)<br><br>Order Granting Motion to Compromise [ECF #73] (9.20.16) | 1249-000 | $500.00 | | $39,499.15 |

Page Subtotals:                                          $7,500.00         $159.64

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-11634

Case Name: J.A.R. Pharmacy & Discount Corp

Taxpayer ID No: XX-XXX0872

For Period Ending: 10/09/2017

Trustee Name: Jacqueline Calderin, Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX9099

Checking

Blanket Bond (per case limit): $123,797,500.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/02/16 | 27 | Rogelio Hernandez 6961 SW 152 St Palmetto Bay, Fl 33157 | Adversary Proceeding Adv. Proceeding 15-01061-AJC - Calderin v. Rogelio Hernandez [ECF #39] (1.21.15) Order Granting Motion to Compromise [ECF #73] (9.20.16) | 1249-000 | $500.00 | | $39,999.15 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $57.99 | $39,941.16 |
| 02/26/16 | 27 | Rogelio Hernandez 6961 SW 152 St Palmetto Bay, FL 33157 | Adversary Proceeding Adv. Proceeding 15-01061-AJC - Calderin v. MAM Health Enterprises, Inc. et al [ECF #39] (1.21.15) Order Granting Motion to Compromise [ECF #73] (9.20.16) | 1249-000 | $5,000.00 | | $44,941.16 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $55.64 | $44,885.52 |
| 03/29/16 | 27 | BB&T Official Ck | Adversary Proceeding Adv. Proceeding 15-01061-AJC - Calderin v. Rogelio Hernandez [ECF #39] (1.21.15) Order Granting Motion to Compromise [ECF #73] (9.20.16) | 1249-000 | $7,000.00 | | $51,885.52 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $67.26 | $51,818.26 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $74.41 | $51,743.85 |

Page Subtotals: $12,500.00 $255.30

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-11634

Case Name: J.A.R. Pharmacy & Discount Corp

Taxpayer ID No: XX-XXX0872

For Period Ending: 10/09/2017

Trustee Name: Jacqueline Calderin, Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX9099

Checking

Blanket Bond (per case limit): $123,797,500.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $76.78 | $51,667.07 |
| 07/21/16 | 27 | Luis Fernandez, PA 2250 SW 3rd Ave, Ste 303 Miami, FL 33129 | Adversary Proceeding Adv. Proceeding 15-01061-AJC - Calderin v. MAM Health Enterprises, Inc. et al [ECF #39]  (1.21.15)<br><br>Order Granting Motion to Compromise [ECF #73] (9.20.16) | 1249-000 | $5,000.00 | | $56,667.07 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $74.21 | $56,592.86 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $78.95 | $56,513.91 |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $83.86 | $56,430.05 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $81.04 | $56,349.01 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $83.61 | $56,265.40 |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $80.80 | $56,184.60 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $83.38 | $56,101.22 |
| 04/11/17 | 10001 | Jacqueline Calderin 936 SW 1st Avenue, #880 Miami, FL 33130 | Final distribution representing a payment of 66.29 % per court order. | 2100-000 | | $4,058.47 | $52,042.75 |

Page Subtotals:  $5,000.00   $4,701.10

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-11634

Case Name: J.A.R. Pharmacy & Discount Corp

Taxpayer ID No: XX-XXX0872

For Period Ending: 10/09/2017

Trustee Name: Jacqueline Calderin, Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX9099

Checking

Blanket Bond (per case limit): $123,797,500.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/11/17 | 10002 | Jacqueline Calderin 936 SW 1st Avenue, #880 Miami, FL 33130 | Final distribution representing a payment of 66.29 % per court order. | 2200-000 | | $135.49 | $51,907.26 |
| 04/11/17 | 10003 | U.S. Bankruptcy Court Southern District of Florida 51 SW First Avenue Miami, Florida 33130 | Adv. Complaint Fee re: Case 15-01034 | 2700-000 | | $232.02 | $51,675.24 |
| 04/11/17 | 10004 | U.S. Bankruptcy Court Southern District of Florida 51 SW First Avenue Miami, Florida 33130 | Adv. Complaint Fee re: Case 15-01035 | 2700-000 | | $232.02 | $51,443.22 |
| 04/11/17 | 10005 | U.S. Bankruptcy Court Southern District of Florida 51 SW First Avenue Miami, Florida 33130 | Adv. Complaint Fee re: Case 15-01036 | 2700-000 | | $232.02 | $51,211.20 |
| 04/11/17 | 10006 | U.S. Bankruptcy Court Southern District of Florida 51 SW First Avenue Miami, Florida 33130 | Adv. Complaint Fee re: Case 15-01037 | 2700-000 | | $232.02 | $50,979.18 |
| 04/11/17 | 10007 | U.S. Bankruptcy Court Southern District of Florida 51 SW First Avenue Miami, Florida 33130 | Adv. Complaint Fee re: Case 15-01039 | 2700-000 | | $232.02 | $50,747.16 |
| 04/11/17 | 10008 | U.S. Bankruptcy Court Southern District of Florida 51 SW First Avenue Miami, Florida 33130 | Adv. Complaint Fee re: Case 15-01040 | 2700-000 | | $232.02 | $50,515.14 |
| 04/11/17 | 10009 | U.S. Bankruptcy Court Southern District of Florida 51 SW First Avenue Miami, Florida 33130 | Adv. Complaint Fee re: Case 15-01042 | 2700-000 | | $232.02 | $50,283.12 |
| 04/11/17 | 10010 | U.S. Bankruptcy Court Southern District of Florida 51 SW First Avenue Miami, Florida 33130 | Adv. Complaint Fee re: Case 15-01043 | 2700-000 | | $232.02 | $50,051.10 |
| 04/11/17 | 10011 | U.S. Bankruptcy Court Southern District of Florida 51 SW First Avenue Miami, Florida 33130 | Adv. Complaint Fee re: Case 15-01044 | 2700-000 | | $232.02 | $49,819.08 |

Page Subtotals: $0.00   $2,223.67

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-11634　　　　　　　　　　　　　　　　Trustee Name: Jacqueline Calderin, Trustee　　　Exhibit 9
Case Name: J.A.R. Pharmacy & Discount Corp　　　Bank Name: Union Bank
　　　　　　　　　　　　　　　　　　　　　　　Account Number/CD#: XXXXXX9099
　　　　　　　　　　　　　　　　　　　　　　　Checking
Taxpayer ID No: XX-XXX0872　　　　　　　　　　Blanket Bond (per case limit): $123,797,500.00
For Period Ending: 10/09/2017　　　　　　　　　Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/11/17 | 10012 | U.S. Bankruptcy Court Southern District of Florida 51 SW First Avenue Miami, Florida 33130 | Adv. Complaint Fee re: Case 15-01045 | 2700-000 | | $232.02 | $49,587.06 |
| 04/11/17 | 10013 | U.S. Bankruptcy Court Southern District of Florida 51 SW First Avenue Miami, Florida 33130 | Adv. Complaint Fee re: Case 15-01046 | 2700-000 | | $232.02 | $49,355.04 |
| 04/11/17 | 10014 | U.S. Bankruptcy Court Southern District of Florida 51 SW First Avenue Miami, Florida 33130 | Adv. Complaint Fee re: Case 15-01047 | 2700-000 | | $232.02 | $49,123.02 |
| 04/11/17 | 10015 | U.S. Bankruptcy Court Southern District of Florida 51 SW First Avenue Miami, Florida 33130 | Adv. Complaint Fee re: Case 15-01048 | 2700-000 | | $232.02 | $48,891.00 |
| 04/11/17 | 10016 | U.S. Bankruptcy Court Southern District of Florida 51 SW First Avenue Miami, Florida 33130 | Adv. Complaint Fee re: Case 15-01049 | 2700-000 | | $232.02 | $48,658.98 |
| 04/11/17 | 10017 | U.S. Bankruptcy Court Southern District of Florida 51 SW First Avenue Miami, Florida 33130 | Adv. Complaint Fee re: Case 15-01058 | 2700-000 | | $232.02 | $48,426.96 |
| 04/11/17 | 10018 | U.S. Bankruptcy Court Southern District of Florida 51 SW First Avenue Miami, Florida 33130 | Adv. Complaint Fee re: Case 15-01059 | 2700-000 | | $232.02 | $48,194.94 |
| 04/11/17 | 10019 | U.S. Bankruptcy Court Southern District of Florida 51 SW First Avenue Miami, Florida 33130 | Adv. Complaint Fee re: Case 15-01060 | 2700-000 | | $232.02 | $47,962.92 |
| 04/11/17 | 10020 | U.S. Bankruptcy Court Southern District of Florida 51 SW First Avenue Miami, Florida 33130 | Adv. Complaint Fee re: Case 15-01061 | 2700-000 | | $232.02 | $47,730.90 |

Page Subtotals:　　　　　　　　　$0.00　　$2,088.18

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-11634

Case Name: J.A.R. Pharmacy & Discount Corp

Taxpayer ID No: XX-XXX0872

For Period Ending: 10/09/2017

Trustee Name: Jacqueline Calderin, Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX9099

Checking

Blanket Bond (per case limit): $123,797,500.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/11/17 | 10021 | U.S. Bankruptcy Court Southern District of Florida 51 SW First Avenue Miami, Florida 33130 | Adv. Complaint Fee re: Case 15-01066 | 2700-000 | | $232.02 | $47,498.88 |
| 04/11/17 | 10022 | James B Miller 19 West Flagler Street, Suite 416 Miami, FL 33130 | Final distribution representing a payment of 66.29 % per court order. | 3210-000 | | $43,022.20 | $4,476.68 |
| 04/11/17 | 10023 | James B Miller 19 West Flagler Street, Suite 416 Miami, FL 33130 | Final distribution representing a payment of 66.29 % per court order. | 3220-000 | | $1,827.10 | $2,649.58 |
| 04/11/17 | 10024 | KapilaMukamal 1000 South Federal Highway, #200 Ft. Lauderdale, Florida 33316 | Final distribution representing a payment of 66.29 % per court order. | 3410-000 | | $2,548.09 | $101.49 |
| 04/11/17 | 10025 | KapilaMukamal 1000 South Federal Highway, #200 Ft. Lauderdale, Florida 33316 | Final distribution representing a payment of 66.29 % per court order. | 3420-000 | | $101.49 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $57,443.67 | $57,443.67 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $57,443.67 | $57,443.67 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $57,443.67 | $57,443.67 |

Page Subtotals:                    $0.00        $47,730.90

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX9099 - Checking | $57,443.67 | $57,443.67 | $0.00 |
| | $57,443.67 | $57,443.67 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $57,443.67 |
| Total Gross Receipts: | $57,443.67 |

Page Subtotals:                                    $0.00          $0.00